Ray E. Gallo (State Bar No. 158903)
GALLO & ASSOCIATES
1101 Fifth Avenue, Suite 205
San Rafael, CA  94901
Telephone:  415.397.1205
Facsimile:   310.338.1119
rgallo@gallo-law.com

Attorneys for Defendant and Counterclaimant
Deleet Merchandising Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CERTIFIED AD SERVICES, a Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DELEET MERCHANDISING CORPORATION and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | No. 1:09−CV−01861−OWW−GSA<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

1.
xxxxxxxx

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Certified Ad Services and Defendant Deleet Merchandising Corporation hereby jointly submit this Stipulation for Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a).

WHEREAS the parties have settled this action by a written and fully executed and delivered agreement and, in so doing, have released each, every, and all claims asserted in it;

NOW THEREORE the parties respectfully request that this Court dismiss this action in its entirely, including both the Complaint and Counterclaim, with prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  December 2, 2009 | GALLO & ASSOCIATES |
|  | By:  /S/ RAY E. GALLO<br>Ray E. Gallo<br>Attorneys for Defendant  and Counterclaimant Deleet Merchandising Corp. |
| DATED:  December 2, 2009 | FRAME & MASUMOTO,  LLP |
|  | By:  /S/ TED FRAME<br>Ted Frame<br>Attorneys for Plaintiff Certified Ad Services |

Plaintiff Certified Ad Services and Defendant and Counterclaimant Deleet Merchandising Corporation each having stipulated to dismissal with prejudice of the above-captioned action in its entirety pursuant to Fed. R. Civ. P. 41(a),

2.
xxxxxxxx

PDF created with pdfFactory trial version www.pdffactory.com

NOW THEREORE the Court dismisses this action in its entirely, including both the Complaint and Counterclaims, with prejudice.

IT IS SO ORDERED.

Dated:  _December 3, 2009             By:   /s/ OLIVER W. WANGER
  _____                              _____
                                              Unites States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com